UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

TROLL COMPANY A/S,
Plaintiff,

-v-

CELESTE STEIN DESIGNS, INC. and CELESTE STEIN,

Defendants.

---------------------------------------X

09 CIV. 0057 (DLC)

CORRECTED PRETRIAL SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 5/1/09

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 24, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **May 4, 2009** in order to pursue settlement discussions under his supervision.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **May 4, 2009**.

3. The following motion will be served by the dates indicated below.

Defendants' motion to dismiss

- Motion served by **May 4, 2009**
- Opposition served by **June 5, 2009**
- Reply served by **June 12, 2009**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
May 1, 2009

[signature]
DENISE COTE
United States District Judge