UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TROLL COMPANY A/S,                                 :

            Plaintiff,                          :          ORDER

  -v.-                                                         :
                                                                             09 Civ. 0057 (DLC) (GWG)
CELESTE STEIN DESIGNS, INC et al.,       :

           Defendants.                       :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Having considered the letters from the parties dated May 15, 2009, and May 18, 2009, the settlement conference will proceed in accordance with the Court's April 30, 2009 Order except that: (1) the conference will be conduct telephonically; and (2) clients may either participate in the call directly or, if they prefer, be available for consultation by telephone. The letters to the Court remain due on May 27, 2009.

      Ms. James shall make all necessary arrangements for the telephone call, and thus must first consult with plaintiff's counsel to determine who will be participating and the numbers at which they can be reached. When all parties are on the line, the Court shall be telephoned at (212) 805-4260 to complete the call.

      Ms. James is directed to contact Mr. Gourvitz immediately to discuss the provision of discovery materials deemed important for the settlement conference.

      SO ORDERED.

Dated: May 19, 2009
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge